PATRICK T. CONNOR, Bar No. 89136
Email Address: pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
Email Address: mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

JS-6

Attorneys for Plaintiffs, CARPENTERS
SOUTHWEST ADMINISTRATIVE CORPORATION
and BOARD OF TRUSTEES FOR THE CARPENTERS
SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>LE MAR CONSTRUCTION, INC., a California corporation; DEAN ALAN LE MAR, an individual; DAWN MARIE LE MAR, an individual; DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-06396 VBF (FMOx)<br><br>ORDER IN SUPPORT OF STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO SETTLEMENT<br><br>**Final Pre-Trial Conference and Motion of Limine:**<br>Date: October 5, 2009<br>Time: 2:30p.m.<br>Ctrm: 9<br><br>**Trial:**<br>Date: November 3, 2009<br>Time: 8:30 a.m.<br>Ctrm: 9<br><br>**Location:**<br>312 N. Spring Street<br>Los Angeles, CA<br><br>Before The Honorable<br>Valerie Baker Fairbank |

///

///

///

# [PROPOSED]  O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this matter be dismissed, without prejudice, as to LE MAR CONSTRUCTION, INC., a California corporation; DEAN ALAN LE MAR, an individual; and DAWN MARIE LE MAR, an individual, pursuant to settlement; and that this court retain jurisdiction to enforce the terms of the settlement.

Dated: July 15, 2009

*/s/ Valerie Baker Fairbanks*
THE HONORABLE
VALERIE BAKER FAIRBANKS
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY,
a Professional Corporation

By: /s/ Margaret R. Gifford   7/13/09
    MARGARET R. GIFFORD
Attorneys for Plaintiffs,
CARPENTERS SOUTHWEST ADMINISTRATIVE
CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS

2